UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-CIV-60468-Ruiz-Strauss

**KPR U.S., L.L.C. and
Cardinal Health 200, LLC**,

      Plaintiffs,

v.

**LifeSync Corporation,** *et al.*,

      Defendants.

_____/

**JOINT SUBMISSION OF REDACTED SETTLEMENT AGREEMENT**

On October 23, 2023, the Court ordered that "the parties shall publicly file the settlement agreement on the docket with the appropriate redactions on or before October 27, 2023" as a condition for the Court retaining jurisdiction over the enforcement of the confidential settlement agreement. Accordingly, the parties jointly submit a redacted version of the settlement agreement as Exhibit 1, filed publicly, and respectfully request that the Court retain jurisdiction solely over the enforcement of the confidential settlement agreement and enter a final order otherwise dismissing this action with prejudice.

Dated: October 27, 2023

/s/ Jeffrey A. Pine
(signed with permission)
LOTT & FISCHER, PL
Ury Fischer
Florida Bar No. 048534
E-mail: ufischer@lottfischer.com
Noah H. Rashkind
Florida Bar No. 021945
E-mail: nrashkind@lottfischer.com
Giulia C. Farrior
Florida Bar No. 1011300
E-mail: gfarrior@lottfischer.com
Ariel Weltz
Florida Bar No. 1033815
E-mail: aweltz@lottfischer.com
255 Aragon Avenue, Third Floor
Coral Gables, FL 33134
Telephone: (305) 448-7089
Facsimile: (305) 446-6191

And

PATZIK, FRANK & SAMOTNY LTD.
Jeffrey A. Pine (admitted pro hac vice)
E-mail: jpine@pfs-law.com
Jordan Herzog (admitted pro hac vice)
E-mail: jherzog@pfs-law.com
Scott Smilie (admitted pro hac vice)
E-mail: ssmilie@pfs-law.com
Jonathan S. Goodman (admitted pro hac vice)
E-mail: jgoodman@pfs-law.com
Thomas G. French (admitted pro hac vice)
E-mail: tfrench@pfs-law.com
200 South Wacker Drive – Suite 2700
Chicago, IL 60606
Telephone: (312) 551-8300
Facsimile: (312) 551-1101

*Counsel for LifeSync Corporation, Advantage Medical Electronics, LLC and 3M Company*

/s/ Christa C. Turner
BAKER & HOSTETLER LLP
Christa C. Turner (Fla. Bar No. 76627)
cturner@bakerlaw.com
200 South Orange Avenue, Suite 2300
Orlando, FL 32801
Telephone:     (407) 649-4000

Kevin W. Kirsch (admitted pro hac vice)
kkirsch@bakerlaw.com
Andrew E. Samuels (admitted pro hac vice)
asamuels@bakerlaw.com
200 Civic Center Drive, Suite 1200
Columbus, OH 43215
Telephone:     (614) 228-1541

David A. Mancino (admitted pro hac vice)
dmancino@bakerlaw.com
Kevin P. Flynn (admitted pro hac vice)
kflynn@bakerlaw.com
312 Walnut Street, Suite 3200
Cincinnati, OH 45202
Telephone:     (513) 929-3400

*Counsel for Plaintiffs KPR U.S., L.L.C. and Cardinal Health 200, LLC*