UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-60468-RAR

**KPR U.S., LLC and
CARDINAL HEALTH 200, LLC**,

    Plaintiffs,

v.

**LIFESYNC CORPORATION,** *et al.*,

    Defendants.
_____/

**ADVANTAGE MEDICAL ELECTRONICS, LLC**,

    Counter-Plaintiff,

v.

**KPR U.S., LLC and
CARDINAL HEALTH 200, LLC**,

    Counter-Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon the parties' Joint Stipulation of Dismissal ("Stipulation"), [ECF No. 136], filed on October 20, 2023, and the Joint Submission of Redacted Settlement Agreement ("Joint Submission"), [ECF No. 138], filed on October 27, 2023. The Stipulation and Joint Submission indicate that the parties request that the Court retain jurisdiction solely over the enforcement of the settlement agreement. Stip. at 2. Further, pursuant to the Court's Order requiring the parties to publicly file the settlement agreement for the Court's review as a condition to the Court retaining jurisdiction, [ECF No. 137], the parties attached a redacted settlement agreement to their Joint Submission. Settlement Agreement, [ECF No. 138-1]. The

Court having reviewed the Settlement Agreement, [ECF No. 138-1], the record, and being otherwise duly advised, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED** *with prejudice* pursuant to the parties' Settlement Agreement. The Court retains jurisdiction to enforce the terms of the Settlement Agreement, [ECF No. 138-1].

**DONE AND ORDERED** in Miami, Florida, this 30th day of October, 2023.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**